Lucio Flores ORTEGA, Petitioner–Appellant,

v.

Ernest C. ROE, Warden, Respondent–Appellee.

No. 97–17232.

United States Court of Appeals, Ninth Circuit.

April 24, 2000

Before: BEEZER, CYNTHIA HOLCOMB HALL and RYMER, Circuit Judges.

**ORDER**

Upon consideration of the opinion of the Supreme Court we vacate our opinion in *Ortega v. Roe,* 160 F.3d 534 (9th Cir.1998). This case is remanded to the district court for proceedings consistent with the opinion in *Ernest C. Roe, Warden v. Lucio Flores–Ortega,* —— U.S. ——, 120 S.Ct. 1029, 145 L.Ed.2d 985 (2000).

The clerk is directed to issue the mandate forthwith.